# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: iaguilar | Date Created: 3/19/2010 |
| Case: 10–03046 | Form ID: SUM | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Christian S. Molnar | Law Offices of Christian S. Molnar | 15219 W. Sunset Blvd #202 | Pacific Palisades, CA 90272 |

TOTAL: 1