# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–3 | User: iaguilar | Date Created: 3/22/2010 | |
| Case: 10–03046 | Form ID: pdfeoapc | Total: 4 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft    Timothy J. Robertson

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| pla | Herbert K. Lee, III | c/o Christian S. Molnar | 15219 W. Sunset Blvd., Suite 202 | Pacific Palasades, CA 90272 | |
| aty | Christian S. Molnar | Law Offices of Christian S. Molnar | 15219 W. Sunset Blvd #202 | Pacific Palisades, CA 90272 | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |

TOTAL: 3