Christian S. Molnar, Esq. SBN#177665
**LAW OFFICES OF CHRISTIAN S. MOLNAR**
15135 W. Sunset Boulevard, Suite 200
Pacific Palisades, California 90272
(310) 459-2628 Telephone
(310) 459-2192 Facsimile
Email: christiansmolnar@hotmail.com

Attorneys for Plaintiff/Creditor HERBERT K. LEE, III, an individual

FILED
JUN 24 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT, FOR THE

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>TIMOTHY JOSEPH ROBERTSON, an individual<br><br>Debtor,<br><br>HERBERT K. LEE, III, an individual<br><br>Plaintiff/Creditor,<br><br>vs.<br><br>TIMOTHY J. ROBERTSON, an individual, and DOES 1-10, inclusive,<br><br>Debtor/Defendant. | Case No.   09-33960<br>Chapter      7<br>Adv. No.    10-03046<br><br>**NOTICE OF CHANGE OF MAILING** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, as of June 1, 2010, that Christian S. Molnar, Esq., attorney for Plaintiff/Creditor, HERBERT K. LEE, III, has changed his address for service of notices and documents in the above captioned action.

///

///

///

---
1
NOTICE OF CHANGE OF MAILING

The new address of Christian S. Molnar, Esq. is as fallows:

Christian S. Molnar, Esq.
LAW OFFICES OF CHRISTIAN S. MOLNAR
15135 West Sunset Boulevard, Suite 200
Pacific Palisades, California 90272
(310) 459-2628 Telephone
(310) 459-2192 Facismile

Dated: June 22, 2010           **Law Offices of Christian S. Molnar**

*[signature]*

Christian S. Molnar, attorney for Plaintiff/Creditor,
HERBERT K. LEE, III

**PROOF OF SERVICE**

**UNITED STATES BANKRUPTCY COURT OF CALIFORNIA, NORTHERN DISTRICT**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

On June 22, 2010 I served the foregoing document described as:

**NOTICE OF CHANGE OF MAILING**

on the following interested party in this action:

**TIMOTHY JOSEPH ROBERTSON, an individual**

_X_ by placing _X_ a true copy _ the original in a sealed envelope addressed as follows:

| | |
|---|---|
| Ms. Jeena J. Cho, Esq.<br>JC LAW GROUP<br>580 California Street, Suite 1200<br>San Francisco, California 94104 | Office of U.S. Trustee/SF<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| Mr. Timothy J. Robertson<br>485 Saint Francis St.<br>Redwood City, California 94062 | Trustee<br>Janina M. Elder<br>P.O. Box 158<br>Middletown, CA 95461 |

_X_   **BY MAIL:** [Pursuant to California *Code of Civil Procedure* Section 415.40] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_   **BY ELECTRONIC MAIL**

by placing a true copy attached and addressed as follows:

_   **BY FACSIMILE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 22, 2010, at Pacific Palisades, California.

*Avraham Kalaf* (signature)

3
NOTICE OF CHANGE OF MAILING