Christian S. Molnar, Esq. SBN#177665
**LAW OFFICES OF CHRISTIAN S. MOLNAR**
15135 W. Sunset Boulevard, Suite 200
Pacific Palisades, California 90272
(310) 459-2628 Telephone
(310) 459-2192 Facsimile
Email: christiansmolnar@hotmail.com

Attorneys for Plaintiff/Creditor HERBERT K. LEE, III, an individual

FILED
JUL 2 2 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

UNITED STATES BANKRUPTCY COURT, FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>TIMOTHY JOSEPH ROBERTSON, an individual<br><br>Debtor,<br><br>HERBERT K. LEE, III, an individual<br><br>Plaintiff/Creditor,<br><br>vs.<br><br>TIMOTHY J. ROBERTSON, an individual, and DOES 1-10, inclusive,<br><br>Debtor/Defendant. | Case No. 09-33960<br>Chapter 7<br>Adv. No. 10-03046<br><br>[Honorable Dennis Montali]<br><br>**CERTIFICATE OF SERVICE OF ALIAS SUMMONS, COMPLAINT AND FIRST AMENDED COMPLAINT ON DEBTOR/ DEFENDANT, TIMOTHY J. ROBERTSON, AND HIS COUNSEL, JEENA CHO, ESQ. OF THE JC LAW GROUP** |

---

1
**CERTIFICATE OF SERVICE OF ALIAS SUMMONS, COMPLAINT AND FIRST AMENDED COMPLAINT ON DEBTOR/DEFENDANT, TIMOTHY J. ROBERTSON, AND HIS COUNSEL, JEENA CHO, ESQ. OF THE JC LAW GROUP**

# CERTIFICATE OF SERVICE

I, __Christian S. Molner__ (name), certify that service of this summons and copy of the complaint was made __July 21, 2010__ (date) by:
__& the First Amended Complaint__

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

(1) Jeene Cho, Esq.
JC Law Group
580 California St., Ste 1200
San Francisco, CA 94104

(2) Timothy J. Robertson
3557 Farm Hill Blvd. #4
Redwood City, CA 94061

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __7/21/10__       Signature __[signature]__

Print Name: __Christian S. Molnar__
Business Address: __15135 W. Sunset Blvd., Ste 200__
__Pacific Palisades, CA 90272__

# PROOF OF SERVICE

## UNITED STATES BANKRUPTCY COURT OF CALIFORNIA, NORTHERN DISTRICT

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

On July 21, 2010, I served the foregoing document described as:

**CERTIFICATE OF SERVICE OF ALIAS SUMMONS, COMPLAINT AND FIRST AMENDED COMPLAINT ON DEBTOR/DEFENDANT, TIMOTHY J. ROBERTSON, AND HIS COUNSEL, JEENA CHO, ESQ. OF THE JC LAW GROUP**

on the following interested party in this action:

**Debtor and Defendant TIMOTHY JOSEPH ROBERTSON, an individual**

__X__ by placing __X__ a true copy __ the original in a sealed envelope addressed as follows:

Ms. Jeena J. Cho, Esq.
**JC LAW GROUP**
580 California Street, Suite 1200
San Francisco, California 94104

Mr. Timothy J. Robertson
3557 Farm Hill Blvd. #4
Redwood City, California 94061

__X__    **BY MAIL:** [Pursuant to California *Code of Civil Procedure* Section 415.40] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__    **BY ELECTRONIC MAIL**

by placing a true copy attached and addressed as follows:

__    **BY FACSIMILE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 21, 2010, at Pacific Palisades, California.

*/s/ Christian S. Molnar*
Christian S. Molnar, Esq.

---

2
**CERTIFICATE OF SERVICE OF ALIAS SUMMONS, COMPLAINT AND FIRST AMENDED COMPLAINT ON DEBTOR/DEFENDANT, TIMOTHY J. ROBERTSON, AND HIS COUNSEL, JEENA CHO, ESQ. OF THE JC LAW GROUP**