

Signed and Filed: July 22, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Jeff D. Curl (SBN 242916)
Jeena J. Cho (SBN 262901)
JC LAW GROUP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 963-4004
Facsimile: (415) 963-4260
Email: email@jclawgroup.com

Attorneys for Debtor
TIMOTHY JOSEPH ROBERTSON

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. 09-33960 |
| TIMOTHY JOSEPH ROBERTSON | Chapter 7 |
| Debtor. | |
| HERBERT K. LEE, III | Adversary Proceeding No. 10-03046 |
| Plaintiff, | Chapter 7 |
| vs. | |
| TIMOTHY J. ROBERTSON | HON. DENNIS MONTALI |
| Defendant. | |

### ORDER ON DEFENDANT'S
### MOTION TO QUASH SERVICE OF PROCESS

WHEREAS, Defendant Timothy J. Robertson filed a Motion to Quash Service of Plaintiff Herbert K. Lee III's Complaint, Plaintiff concedes to defective service, and satisfactory proof having been made and good cause appearing therefore, the Motion to Quash Service is GRANTED.

IT IS HEREBY ORDERED THAT the Summons issued on March 19, 2010 and May 26, 2010 is hereby quashed and held for naught.

***END OF ORDER***

10-03046

# COURT SERVICE LIST

Jeena Cho
JC Law Group
580 California Street, Suite 1200
San Francisco, CA 94104

Office of the U.S. Trustee
235 Pine St, Suite 700,
San Francisco, CA 94104-2736

Janina M. Elder
P.O. Box 158,
Middletown, CA 95461-0158

Christian S. Molnar
Law Offices of Christian S. Molnar
15135 West Sunset Blvd., Suite 200
Pacific Palisades, CA 90272

Timothy Robertson
3557 Farm Hill Blvd., #4
Redwood City, CA 94061