Christian S. Molnar, Esq. (SBN 177665)
Stephanie C. Chan, Esq. (SBN 278186)
**LAW OFFICES OF CHRISTIAN S. MOLNAR**
15135 W. Sunset Boulevard, Suite 200
Pacific Palisades, California 90272
(310) 459-2628 Telephone
(310) 459-2192 Facsimile
Email: christiansmolnar@hotmail.com

Attorneys for Plaintiff/Creditor HERBERT K. LEE, III, an individual

# UNITED STATES BANKRUPTCY COURT, FOR THE
# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>TIMOTHY JOSEPH ROBERTSON, an individual<br><br>Debtor,<br><br>HERBERT K. LEE, III, an individual<br><br>Plaintiff/Creditor,<br><br>vs.<br><br>TIMOTHY J. ROBERTSON, an individual, and DOES 1-10, inclusive,<br><br>Debtor/Defendant. | Case No.     09-33960<br>Chapter      7<br>Adv. No.     10-03046<br><br>**[Honorable Dennis Montali, Judge Presiding]**<br><br>NOTICE OF SETTLEMENT<br><br>**Trial Date: April 23-24, 2013<br>Time: 9:30 a.m.<br>Courtroom: "22"** |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Creditor HERBERT K.H. LEE, III, an individual, and Defendant and Debtor TIMOTHY J. ROBERTSON, an individual, have agreed to settle this action on February 21, 2013.

**PLEASE TAKE FURTHER NOTICE** that the parties will be filing a joint stipulation for entry of judgment in the event of default and a confession to judgment.

Dated: March 21, 2013          **Law Offices of Christian S. Molnar**

/s/Christian S. Molnar
Christian S. Molnar, Esq., Attorney for Plaintiff HERBERT K.H. LEE, III, an individual

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15135 W. Sunset Boulevard, Suite 200, Pacific Palisades, California 90272.

On March 21, 2013, I served the foregoing document described as:

**NOTICE OF SETTLEMENT**

Addressed to each such addressee respectively and on the interested parties in this action by electronic transmission (where available) and mail service based on a court order or an agreement of the parties to accept service by electronic transmission addressed as follows:

| | |
|---|---|
| Mr. Timothy J. Robertson<br>3557 Farm Hill Blvd. #4<br>Redwood City, California 94061 | Debtor, in *pro se* |
| Office of U.S. Trustee/SF<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | United States Trustee |
| Trustee<br>Janina M. Elder<br>P.O. Box 158<br>Middletown, CA 95461 | Bankruptcy Trustee |
| The Honorable Denis Montali<br>United States Bankruptcy Court for the<br>Northern District of California<br>PO Box 7341<br>San Francisco, CA 94120-7341 | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 21, 2013, at Pacific Palisades, California.

/s/ Stephanie C. Chan
Stephanie C. Chan