Christian S. Molnar, Esq. (SBN 177665)
Stephanie C. Chan, Esq. (SBN 278186)
**LAW OFFICES OF CHRISTIAN S. MOLNAR**
15135 W. Sunset Boulevard, Suite 200
Pacific Palisades, California 90272
Telephone: (310) 459-2628
Facsimile: (310) 459-2192
Email: christiansmolnar@hotmail.com

Attorneys for Plaintiff/Creditor HERBERT K. H. LEE, III, an individual

# THE UNITED STATES BANKRUPTCY COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>TIMOTHY JOSEPH ROBERTSON, an individual<br><br>Debtor, | **Case No.        09-33960**<br>**Chapter        7**<br>**Adv. No.        10-03046**<br><br>[Honorable Dennis Montali, Judge Presiding] |
| HERBERT K.H. LEE, III, an individual<br><br>Plaintiff/Creditor,<br><br>vs.<br><br>TIMOTHY J. ROBERTSON, an individual, and DOES 1-10, inclusive,<br><br>Defendant/Debtor. | **CONFESSION TO NON-DISCHARGEABLE CONSENT JUDGMENT OF DEFENDANT/DEBTOR TIMOTHY J. ROBERTSON** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant/Debtor TIMOTHY J. ROBERTSON, an individual (hereinafter referred to as "Defendant/Debtor ROBERTSON,") hereby confesses Judgment in favor of Plaintiff/Creditor HERBERT K.H. LEE, III, an individual (hereinafter referred to as "Plaintiff/Creditor LEE,") as follows:

1.        Defendant/Debtor ROBERTSON hereby confesses to a non-dischargeable

judgment in the sum of EIGHTY-FOUR THOUSAND TWO HUNDRED EIGHTY-TWO AND 96/100 DOLLARS ($84,282.96,) plus: (a) accumulated pre-judgment interest thereon at the rate of seven percent (7%) per annum; (b) an award of attorneys' fees and costs incurred by Plaintiff/Creditor LEE in entering the non-dischargeable money judgment, and (c) post-judgment interest thereon at the rate of ten percent (10%) annum, less any amounts actually paid, if any, by Defendant/Debtor ROBERTSON, and

3.    Judgment to be entered only upon non-curable default pursuant to a handwritten "Settlement Agreement" dated February 21, 2013 (hereinafter referred to as the "Handwritten Settlement Agreement,") by and between Plaintiff/Creditor LEE, on the one hand, and Defendant/Debtor ROBERTSON, on the other hand, which Handwritten Settlement Agreement is incorporated in the written "SETTLEMENT AGREEMENT" dated February 21, 2013, by and between Plaintiff/Creditor LEE, on the one hand, and Defendant/Debtor ROBERTSON, on the other hand (hereinafter referred to as the "Settlement Agreement") (both of which are hereinafter collectively referred to as the "SETTLEMENT AGREEMENT.")

////
////
////
////
////
////
////
////
////
////
////
////
////

1  **WHEREFORE**, Defendant/Debtor ROBERTSON respectfully requests that in
2  the event of non-curable default under the SETTLEMENT AGREEMENT, this Court
3  enter judgment against him in the amount of EIGHTY-FOUR THOUSAND TWO
4  HUNDRED EIGHTY-TWO AND 96/100 DOLLARS ($84,282.96,) plus: (a)
5  accumulated pre-judgment interest thereon at the rate of seven percent (7%) per annum;
6  (b) an award of attorneys' fees and costs incurred by Plaintiff/Creditor LEE in entering
7  the non-dischargeable money judgment, and (c) post-judgment interest thereon at the
8  rate of ten percent (10%) per annum, less any amounts actually paid, if any, by
9  Defendant/Debtor ROBERTSON.

10 Dated: March 21, 2013                    **Defendant/Debtor TIMOTHY J.**
11                                          **ROBERTSON, an individual,** *pro se*
12
13
                                           _____
                                           Defendant/Debtor Timothy J. Robertson,
14                                         an individual, *pro se*
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15135 W. Sunset Boulevard, March 22, 2013, I served the foregoing document described as:

**CONFESSION TO JUDGMENT OF DEFENDANT/DEBTOR TIMOTHY J. ROBERTSON**

Addressed to each such addressee respectively and on the interested parties in this action by electronic transmission (where available) and mail service based on a court order or an agreement of the parties to accept service by electronic transmission addressed as follows:

| | |
|---|---|
| Mr. Timothy J. Robertson<br>3557 Farm Hill Blvd. #4<br>Redwood City, California 94061 | Debtor, *in pro se* |
| Office of U.S. Trustee/SF<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | United States Trustee |
| Trustee<br>Janina M. Elder<br>P.O. Box 158<br>Middletown, CA 95461 | Bankruptcy Trustee |
| The Honorable Denis Montali<br>United States Bankruptcy Court for the<br>Northern District of California<br>PO Box 7341<br>San Francisco, CA 94120-7341 | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 22, 2013, at Pacific Palisades, California.

/s/ Stephanie C. Chan
Stephanie C. Chan